UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

RODNEY L. HOLLOMAN, JR.

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-280    (GHL)

___Lionel L. Hector, Esq.___
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to count(s)_ 1 as amended on the record_

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**  Driving While Ability Impaired by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the NY Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** April 15, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $300.00 and special assessment of $5.00. Total of the fine and special assessment amounts to $305.00, payable no later than September 13, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** original count one of the Information is dismissed on motion of the United States.

___August 13, 2008___
Date of Imposition of Sentence

___August 25, 2008___
DATE SIGNED

___[signature]___
GEORGE H. LOWE
U.S. Magistrate Judge